

# Fourth Court of Appeals
## San Antonio, Texas

February 3, 2020

No. 04-19-00707-CV

**JUBILEE ACADEMIC CENTER, INC.**,
Appellant

v.

**SCHOOL MODEL SUPPORT, LLC**, d/b/a Athlos Academies,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-22759
Honorable Laura Salinas, Judge Presiding

# O R D E R

Appellant has filed an unopposed second motion for an extension of time to file the appellant's brief, requesting six additional days. The motion is granted. We order appellant's brief due by **February 10, 2020**. Counsel is advised that no further extensions of time will be granted absent a timely motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of February, 2020.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court